ORIGINAL

1  Cangco/Kani/Dowai/Teigita.mtn

2  LEONARDO M. RAPADAS
   United States Attorney
3  Districts of Guam and the NMI
   MARIVIC P. DAVID
4  Assistant U.S. Attorney
   Sirena Plaza, Suite 500
5  108 Hernan Cortez Avenue
   Hagåtña, Guam 96910
6  TEL: (671) 472-7332
   FAX: (671) 472-7215
7
   Attorneys for Plaintiff
8

F I L E D
Clerk
District Court

FEB - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN MARIANA ISLANDS

11

12  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 00-00017
                                     )
13              Plaintiff,           )
                                     )
14          vs.                      )   UNITED STATES' MOTION
                                     )   TO AMEND JUDGMENTS AND
15  JOAQUIN DELA CRUZ CANGCO,        )   ORDER
    SIDNEY CAPELLE KANI,             )
16  KENNETH TEIGITA DOWAI and        )
    JUAN TEIGITA,                    )
17                                   )
                Defendants.          )
18  _____)

19

20       COMES NOW the United States of America, by and through its undersigned counsel, and

21  respectfully motions this Honorable Court for Amended Judgment of Defendants

22  JOAQUIN DELA CRUZ CANGCO, SIDNEY CAPELLE KANI, KENNETH TEIGITA

23  DOWAI and JUAN TEIGITA, to reflect uniformity in the joint and several restitution liability

24  and restitution payee information.

25  //

26  //

27  //

28  //

1  Defendant JOAQUIN DELA CRUZ CANGCO's amended judgment should reflect the restitution liability to be paid jointly and severally with his co-defendants, (1) Sidney Capelle Kani in Criminal Court No. 00-00017-002 for the amount of $6,717.00; (2) Kenneth Teigita Dowai in Criminal Court No. 00-00017-003 for the amount of $6,717.00; and (3) Juan Teigita in Criminal Court No. 00-00017-004 for the amount of $817.00.

Defendant SIDNEY CAPELLE KANI's amended judgment should reflect the restitution liability to be paid jointly and severally with his co-defendants, (1) Joaquin Dela Cruz Cangco in Criminal Court No. 00-00017-001 for the amount of $6,717.00; (2) Kenneth Teigita Dowai in Criminal Court No. 00-00017-003 for the amount of $6,717.00; and (3) Juan Teigita in Criminal Court No. 00-00017-004 for the amount of $817.00.

Defendant KENNETH TEIGITA DOWAI's amended judgment should reflect the restitution liability to be paid jointly and severally with his co-defendants, (1) Joaquin Dela Cruz Cangco in Criminal Court No. 00-00017-001 for the amount of $6,717.00; (2) Sidney Capelle Kani in Criminal Court No. 00-00017-002 for the amount of $6,717.00; and (3) Juan Teigita in Criminal Court No. 00-00017-004 for the amount of $817.00.

Defendant JUAN TEIGITA's amended judgment should reflect the restitution liability to be paid jointly and severally with his co-defendants, (1) Joaquin Dela Cruz Cangco in Criminal Court No. 00-00017-001 for the amount of $817.00; (2) Sidney Capelle Kani in Criminal Court No. 00-00017-002 for the amount of $817.00; and (3) Kenneth Teigita Dowai in Criminal Court No. 00-00017-003 for the amount of $817.00.

//
//
//
//
//
//

1  Defendants JOAQUIN DELA CRUZ CANGCO, SIDNEY CAPELLE KANI,
2  KENNETH TEIGITA DOWAI and JUAN TEIGITA's amended judgments should also reflect
3  the restitution payees as, (1) MD. Ashik Elahi in the amount of $800.00; (2) Kim, You Kyoung
4  in the amount of $5,100.00; and (3) Lin Mei Huang and Chua Yeow Chue in the amount of
5  $817.00.
6  RESPECTFULLY SUBMITTED this 6th day of February, 2006.

8  LEONARDO M. RAPADAS
   United States Attorney
9  Districts of Guam and the NMI

11 By: _____
   MARIVIC P. DAVID
12 Assistant U.S. Attorney

13 APPROVED:

15 F. MICHAEL CRUZ
   Chief Probation Officer
   Districts of Guam and the NMI

17
18 By: _____
   ROSSANNA VILLAGOMEZ-AGUON
   U.S. Probation Officer

21                    **O R D E R**

23 APPROVED and SO ORDERED this 8TH day of FEBRUARY,
24 2006.

26                          _____
                            ALEX R. MUNSON
27 RECEIVED                 Chief Judge
   FEB - 8 2006             District Court for the Northern
28                          Mariana Islands
        Clerk
      District Court
   For The Northern Mariana Islands

- 3 -