PROB 12B
(7/93)

FILED
Clerk
District Court

FEB 16 2006

*United States District Court*

for

the *Northern Mariana Islands*

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Sidney Capelle Kani**       Case Number: **CR 00-00017-002**

Name of Sentencing Judicial       Alex R. Munson

Date of Original Sentence:       October 24, 2000

Original Offense:       Interference with Commerce by Robbery, 18 U.S.C. § 1951

Original Sentence:       35 months imprisonment followed by a three year term of supervised release with conditions to include: obey all laws; not possess a firearm or other dangerous weapon; not use or possess illegal controlled substances and submit to one urinalysis within 15 days of release from imprisonment and to two additional urinalysis thereafter not to exceed 60 days; refrain from the use of any alcoholic beverages; participate in a substance abuse treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; seek and maintain gainful employment; perform 300 hours of community service; and pay restitution jointly and severally with Kenneth Teigata Dowai and Juan T. Teigita in criminal case 00-00017, and Rodney Iyar Demei in criminal case 00-00025, in the amount of $6,717, and pay a $200 special assessment fee. On **March 16, 2004**, supervised release conditions were modified to include 200 hours additional community service; and pay $40 a month toward restitution. On **April 29, 2004**, supervised release was revoked and term of nine months imprisonment was imposed followed by 27 months supervised release with conditions previously imposed.

Type of Supervision:       Supervised Release       Date Supervision Commenced:       January 26, 2005

Assistant U.S. Attorney: Jamie Bowers       Defense Attorney: Perry Inos

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.

[X] To modify the conditions of supervision as follows:

#### CAUSE

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender
Page 2

On September 2, 2005, the Ninth Circuit, in United States v. Stephens, No. 04-50170, addressed 18 U.S.C. § 3583(d) supervised release and 18 U.S.C. §3563(a)(5) probation mandatory testing conditions which requires that the district court determine the maximum number of mandatory drug tests. The Ninth Circuit held that because the statute requires the district court to determine the maximum number of drug tests under the mandatory condition, transferring this duty to the probation officer was an improper delegation of Article III judicial power.

To assist the Court in determining the appropriate number of drug tests, the undersigned officer has evaluated the Sidney Kani's history of drug use, and the drug detection period of his drug of choice. As methamphetamine is considered one of the drugs of choice and has a normal detection period of four days or less, it is recommended that the maximum number of tests the court order per month be set at eight. This will allow for adequate time intervals between tests which will help facilitate the detection of use. It also provides for enough additional tests so that the pattern of testing will not be predictable to the offender.

To address the implications of United States v. Stephens Ninth Circuit No. 04-50170, it is respectfully requested that the Court modify Sidney Kani's mandatory condition to set the maximum number of tests he must submit. It is therefore recommended that the mandatory condition be modified as follows:

> "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer."

Sidney Capelle Kani has agreed to the above modification and attached is a Probation From 49 Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision with his consent.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 2/15/06

Respectfully submitted,

by: MARGARITA WONENBERG
U.S. Probation Officer

Date: 2/16/06

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

_____
Signature of Judicial Officer

2-16-06
Date
2006

PROB 49
(3/89)

# United States District Court

for

*District of Northern Mariana Islands*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> That the defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer;

Witness: _Margarita DLG. Wonenberg_   Signed: _Sidney Kani_
U.S. Probation Officer            Probationer or Supervised Releasee

_2/7/06_
Date