**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR 00-00017 |
| DEFENDANT | TYPE OF PROCESS |
| SIDNEY CAPELLE KANI | SERVICE OF DEPO SUBPOENA |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Isidro Kani and Gloria Kani

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Saipan, MP

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office, Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

FILED
Clerk
District Court

APR 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

See attached for information purpose only. Not to be filed with the Court.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
JESSICA F. CRUZ, Assistant U.S. Attorney
TELEPHONE NUMBER: 671-472-7332
DATE: 3/7/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 2 | District of Origin No. 093 | District to Serve No. 095 | Signature of Authorized USMS Deputy or Clerk | Date: 3/11/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Isidro Kani

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*:
Baina Dr & Asga Dr
As Matuis Village
White house on hill w/ many fighting cocks

Date: 04/08/08   Time: 09:42 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: W. M. Calvert

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | $0.00 |

REMARKS: Cell # 788-3019

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF     THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | SUBPOENA |
|---|---|
| V. | |
| SIDNEY CAPELLE KANI | Case Number: CR 00-00017 |

**TO:** Isidro Kani and Gloria Kani
P.O. Box XXXX CHRB
Saipan, MP 96950

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| U.S. Attorney's Office, 3rd Floor<br>Horiguchi Building, Garapan, MP | May 20, 2008 at 4:00 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED NOTICE OF INTENT TO TAKE THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Plaintiff | 3/7/08 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| JESSICA F. CRUZ, Assistant U.S. Attorney    TEL: 671-472-7332<br>MIKEL W. SCHWAB, Assistant U.S. Attorney<br>U.S. Attorney's Office, Sirena Plaza, Ste. 500, 108 Hernan Cortez Ave., Hagatna, GU 96910 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

1 If action is pending in district other than district of issuance, state district under case number.

ORIGINAL

| PROOF OF SERVICE | |
|---|---|
| DATE | PLACE |
| **SERVED** | |
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
              DATE                      SIGNATURE OF SERVER

                                        _____
                                        ADDRESS OF SERVER

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D:
(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fees

(2)(A) A person commanded to produce and permit inspections and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to pproduce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is emplyed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commerical information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that its privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

KANI_S.3dep

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00017 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF INTENTION TO TAKE THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM |
| SIDNEY CAPELLE KANI, | ) | |
| Defendant. | ) | |

TO: Isidro Kani and Gloria Kani
P.O. Box XXXX CHRB
Saipan, MP 96950

Please take notice that the United States of America, the plaintiff and judgment creditor herein, will on May 20, 2008 take third party oral deposition of Isidro Kani and Gloria Kani, in the above styled and number case pursuant to Rules 30 and 69(a) of the Federal Rules of Civil Procedure and in aid of collecting its judgment.

Said third party deposition will take place at the offices of the United States Attorney, 3rd Floor, Horiguchi Building, Garapan, Saipan, MP at 4:00 p.m. on May 20, 2008 and will continue until completed. Said deposition will be taken before a Certified Court Reporter and will be taken upon oral examination for the purpose of discovery or as evidence or both pursuant to the Federal Rules of Civil Procedure.

//

1  Notice is hereby further given that at this deposition, Isidro Kani and Gloria Kani, are
2  hereby required to produce all documents described in the accompanying Schedule A.
3  DATED, this 7th day of March, 2008.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and the NMI

By:  /s/ Jessica F. Cruz
      JESSICA F. CRUZ
      Assistant U.S. Attorney
      Jessica.F.Cruz@usdoj.gov
      MIKEL W. SCHWAB
      Assistant U.S. Attorney
      mikel.schwab@usdoj.gov

- 2 -

SCHEDULE A TO NOTICE OF INTENT TO TAKE
THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

1. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where any sole proprietorship, partnership or corporation in which you are joint with Sidney Capelle Kani and owns any interest.

2. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where you, joint with Sidney Capelle Kani, have an account of any kind, including but not limited too, time certificate of deposits.

3. All trust agreements in which you, joint with Sidney Capelle Kani, are named settlor, trustee, or beneficiary.

4. All deeds, leases, contracts, and other documents evidencing encumbrances of any kind on real property owned jointly with Sidney Capelle Kani.

5. All deeds of trusts, mortgages, or other documents evidencing encumbrances of any kind on real property owned jointly with Sidney Capelle Kani in which you, joint with Sidney Capelle Kani, have any ownership interest.

6. A listing of all stock, bonds, or other securities of any class you own jointly with Sidney Capelle Kani, including options to purchase any securities and the actual instruments if in your possession.

7. Current brokerage statements for the past twelve (12) months from any stock brokerage firm or similar entity where you, joint with Sidney Capelle Kani, have an account of any kind.

8. Title to any motor vehicle jointly owned with Sidney Capelle Kani.

9. All life insurance policies held by you in which Sidney Capelle Kani is either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, jointly with Sidney Capelle Kani, either now or in the future.

11. All deeds, titles, bills of sale, or other documents prepared in connection with any transfer of real or personal property made with you to Sidney Capelle Kani or jointly with Sidney Capelle Kani, either by gift, sale, or otherwise.

12. All documents evidencing any interest you have with Sidney Capelle Kani in any pension plan, retirement fund, or profit sharing plan.

Perez, Michelle (USAGU)
_____

From: ecf-nmid@nmid.uscourts.gov
Sent: Monday, March 10, 2008 4:27 PM
To: ecf-nmid@nmid.uscourts.gov
Subject: Activity in Case 1:00-cr-00017 United States of America v. Cangco Notice (Other)


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Northern Mariana Islands

Notice of Electronic Filing

The following transaction was entered by Cruz, Jessica on 3/10/2008 at 4:27 PM GMT+10 and filed on 3/10/2008

Case Name:        United States of America v. Cangco
Case Number:      1:00-cr-17
Filer:            United States of America
Document Number: 121

Docket Text:
NOTICE *of Intention to Take Third Party Oral Deposition with Subpoena Duces Tecum (Isidro Kani and Gloria Kani)* by United States of America as to Sidney Capelle Kani (Cruz, Jessica)


1:00-cr-17-2 Notice has been electronically mailed to:

Danilo T. Aguilar    aguilar@pticom.com, dan_aguilar1@yahoo.com

Bruce L. Berline    bruce@saipanlaw.com, bberline@gmail.com, jaime@saipanlaw.com

Jessica F. Cruz    Jessica.F.Cruz@usdoj.gov, marie.chenery@usdoj.gov, Michelle.Perez@usdoj.gov, nikel.schwab@usdoj.gov, usagu.docket@usdoj.gov

Douglas F. Cushnie    Abogados@pticom.com, dfcushnie@netscape.net

Marivic P. David    Marivic.David@usdoj.gov, Michelle.Perez@usdoj.gov

Perry B. Inos    inoslaw@itecnmi.com, perryinos@aol.com

Timothy E. Moran    Timothy.E.Moran@usdoj.gov, Erlinda.Villagomez@usdoj.gov, MaryLynn.Yamada-Sablan@usdoj.gov, Rutha.Mizutani@usdoj.gov

1

**1:00-cr-17-2 Notice will be delivered by other means to:**

Joseph Arriola
PPP 678, PMB 10000
Saipan, MP 96950

John M. Chambers
P.O. Box 502566
Saipan, MP 96950

David T Wood
Horiguchi Bldg, 3rd Floor
P.O. Box 50377
Saipan, MP 96950

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
STAMP dcecfStamp_ID=1107461626 [Date=3/10/2008] [FileNumber=29088-0]
[a5679cf62ea996657a3d75ba3c04c96bee7445f7a87848671e29d5ed6f4fc033cf4e9
722650d5058b2b21b0a17496f642c872c9c360797747e74caaed158dcc9]]